UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G.Y.X., et al.,
                               Plaintiffs,

            -against-                        22 Civ. 7981 (LGS)

NEW YORK CITY DEPARTMENT OF EDUCATION,              ORDER

                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 11, 2022, required the parties to file a status letter on the progress of settlement discussions by November 11, 2022;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **November 18, 2022**, the parties shall file the status letter.

Dated: November 15, 2022
New York, New York

                                                 LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE